**Order entered January 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01384-CV

### IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

We **DENY** appellant's January 15, 2015 motion to reconsider this Court's January 6, 2015 order denying appellant's motion to compel the trial court to file findings of fact and conclusions of law.

/s/ ELIZABETH LANG-MIERS
JUSTICE